JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH BANKS,<br><br>        Petitioner,<br><br>    v.<br><br>DAVID HOLBROOK, Warden,<br><br>        Respondent. | Case No. EDCV 21-0051-JWH (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED with prejudice** as to grounds one and two and **without prejudice** as to grounds three through nine.

**IT IS SO ORDERED.**

DATED: April 26, 2022

JOHN W. HOLCOMB
U.S. DISTRICT JUDGE